UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV-25-06353-HDV (AGR)                             Date: October 6, 2025

Title     Dante Markell Henry v. County of San Bernardino, et. al.

---

Present: The Honorable:    Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On July 10, 2025, Plaintiff filed a civil rights complaint. (Dkt. No. 1.) The District Court granted Plaintiff's application to proceed without prepayment of filing fees. (Dkt. No. 6.)

The District Court's Order granting the application to proceed without prepayment of filing fees was returned as undeliverable by the postal service and was received by the court on September 17, 2025. (Dkt. No. 7.)

Local Rule 41-6 requires that a party proceeding *pro se* must keep the Court apprised of the party's current address. "If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." Local Rule 41-6.

Plaintiff has not filed a notice of change of address within 14 days after service of the District Court's order granting the application on August 26, 2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-06353-HDV (AGR)                                           Date: October 6, 2025

Title     Dante Markell Henry v. County of San Bernardino, et. al.

    Accordingly, IT IS ORDERED that Plaintiff show cause, in writing, on or before ***October 27, 2025***, why this court should not dismiss this action without prejudice for failure to prosecute.  The filing of a notice of change of address on or before ***October 27, 2025***, is sufficient to discharge this Order to Show Cause.  Plaintiff is warned that failure to either show cause in writing or file a notice of change of address on or before ***October 27, 2025*** may result in dismissal of this action without prejudice for failure to prosecute.

**Initials of Preparer**   kl