JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MARKELL HENRY,<br><br>                  Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN BERNARDINO, et. al.,<br><br>                  Defendants. | NO. CV-25-06353-HDV (AGR)<br><br>**JUDGMENT** |

    For the reasons stated in the Order of Dismissal Without Prejudice,

    IT IS ADJUDGED that judgment is entered for Defendants and this entire action is dismissed without prejudice for failure to prosecute.

DATED: _11/20/25

                                         HERNAN D. VERA
                                    United States District Judge